IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERTA S. NOBBE**                                                                                              **PLAINTIFF**

**VS.**                                              **4:12-CV-00368-BRW**

**CAROLYN W. COLVIN, Acting Commissioner,**                                              **DEFENDANT**
**Social Security Administration**

## JUDGMENT

Pursuant to the order entered in this case on this date, the Commissioner's decision denying plaintiff Roberta S. Nobbe's application for disability income benefits and supplemental security income is AFFIRMED.  Judgment is entered in favor of the Commissioner.  This case is dismissed with prejudice.

It is so ordered this 6th day of June, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE